THOMAS P. RILEY, ESQ. SBN: 194706
THOMAS P. RILEY PC, LAW OFFICES OF
1114 FREMONT AVENUE tprlaw@att.net
SOUTH PASADENA, CA 91030
(626) 799-9797

# UNITED STATES DISTRICT COURT
## SAN JOSE/NORTHERN DISTRICT

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.   Plaintiff(s)<br><br>v.<br><br>LUIS GONZALEZ RODRIGUEZ   Defendant(s) | CASE NUMBER:<br>5:15-CV-04021-EJD<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I **served** copies of the *(specify documents)*:

   a. [X] **summons**          [ ] first amended complaint        [ ] third party complaint
      [X] **complaint**        [ ] second amended complaint       [ ] counter claim
      [ ] alias summons        [ ] third amended complaint        [ ] cross claim
      [X] other  See attached Document List

2. Person served:

   a. [X] **Defendant** *(name:)* LUIS GONZALEZ RODRIGUEZ, INDIVIDUALLY AND D/B/A LOS JARRITOS
   b. [ ] Other *(specify name and title or relationship to the party/business named):*

   c. [X] Address where the papers were served:   1527 ALUM ROCK AVENUE
                                                   SAN JOSE, CA 95116

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. [ ] *Federal Rules of Civil Procedure*
   b. [X] **California Code of Civil Procedure**

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on *(date):* at *(time):*

   b. [X] By **Substituted Service**. By leaving copies: BLANCA GARCIA - PERSON IN CHARGE

      1. [X] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] Papers were served on *(date):* 11/24/2015 at *(time):* 12:15 PM

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] papers were mailed on Nov 25, 2015 - DECLARATION OF MAILING ATTACHED

      6. [X] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
Phone: 2134811770   Fax: 2134819957

Continued from Proof of Service

**CLIENT:** THOMAS P. RILEY PC, LAW OFFICES OF
**CLIENT FILE #:** J&J 9/13/14 LOS JARRITOS          **DATE:** November 25, 2015
**SUBJECT:** LUIS GONZALEZ RODRIGUEZ, INDIVIDUALLY AND D/B/A LOS JARRITOS
**SERVED:** BLANCA GARCIA - PERSON IN CHARGE

**Documents:**

Civil Cover Sheet; Certification as to Interested Parties; Order
Setting Initial case Management Conference and ADR Deadlines



REZAC-MEYER
ATTORNEY SERVICE

Order#: LA177971   /DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   **RON GARDINER**
   **Rezac Meyer Attorney Service**
   **1610 Beverly Blvd., Suite 1**
   **Los Angeles, CA 90026**
   **(213) 481-1770**

   a. Fee for service: **$ 170.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :458
      County: **SANTA CLARA**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **November 25, 2015**      **RON GARDINER**           *(Signature)*
                                 *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                                   PAGE 2
                                                                                               LA177971

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | SBN: 194706 | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ.<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE  tprlaw@att.net  SOUTH PASADENA, CA 91030 | | |
| TELEPHONE NO.: (626) 799-9797 | FAX NO. (626) 799-9795 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): plaintiff: | | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 280 S. 1ST ST. ROOM 2112 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN JOSE, CA 95113 | |
| BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | |

| PLAINTIFF/PETITIONER: J & J SPORTS PRODUCTIONS, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LUIS GONZALEZ RODRIGUEZ | 5:15-CV-04021-EJD |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>J&J 9/13/14 LOS JARRITOS |

I received the within process on November 10, 2015 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Documents:
   summons;complaint;Civil Cover Sheet; Certification as to Interested Parties; Order Setting Initial case Management Conference and ADR Deadlines

**November 14, 2015 -- 8:50 AM**     2408 BRITT WAY
                                     SAN JOSE, CA 95148
   NO ANSWER (RESIDENCE).

**November 17, 2015 -- 8:50 AM**     2408 BRITT WAY
                                     SAN JOSE, CA 95148
   NO ANSWER (RESIDENCE).

**November 19, 2015 -- 4:25 PM**     1527 ALUM ROCK AVENUE
                                     SAN JOSE, CA 95116
   NOT IN (BUSINESS).

**November 21, 2015 -- 1:52 PM**     2408 BRITT WAY
                                     SAN JOSE, CA 95148
   SUBJECT NO LONGER LIVES AT THIS ADDRESS PER MR. GOMEZ.

**November 24, 2015 -- 12:14 PM**    1527 ALUM ROCK AVENUE
                                     SAN JOSE, CA 95116
   NOT IN (BUSINESS) PER BLANCA GARCIA, PERSON IN CHARGE.

**Continued on Next Page**

County: SANTA CLARA
Registration No.: 458
Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770
www.rezacmeyer.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 03, 2015.

Signature: _____
RON GARDINER

**AFFIDAVIT OF REASONABLE DILIGENCE**     Order#: LA177971  /DllFormat.mdl

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>THOMAS P. RILEY, ESQ.    SBN: 194706<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE tprlaw@att.net SOUTH PASADENA, CA 91030<br>TELEPHONE NO.: (626) 799-9797 | FAX NO. (626) 799-9795 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): plaintiff: | | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 280 S, 1ST ST. ROOM 2112<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | | |
| PLAINTIFF/PETITIONER: J & J SPORTS PRODUCTIONS, INC.<br>DEFENDANT/RESPONDENT: LUIS GONZALEZ RODRIGUEZ | | CASE NUMBER:<br>5:15-CV-04021-EJD |
| AFFIDAVIT OF REASONABLE DILIGENCE | | Ref. No. or File No.:<br>J&J 9/13/14 LOS JARRITOS |

I received the within process on November 10, 2015 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Documents:
 summons;complaint;Civil Cover Sheet; Certification as to Interested Parties; Order Setting Initial case Management Conference and ADR Deadlines

**Continued from Previous Page**

November 24, 2015 -- 12:15 PM        1527 ALUM ROCK AVENUE
                                     SAN JOSE, CA 95116
   SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

County: SANTA CLARA
Registration No.: 458
Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770
www.rezacmeyer.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 03, 2015.

Signature: _____
                        RON GARDINER

**AFFIDAVIT OF REASONABLE DILIGENCE**                Order#: LA177971    /DilFormat.mdl

| | | | | |
|---|---|---|---|---|
| Attorney or Party without Attorney:<br>THOMAS P. RILEY, ESQ., SBN: 194706<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE tprlaw@att.net<br>SOUTH PASADENA, CA 91030<br>TELEPHONE No.: (626) 799-9797   FAX No. (Optional): (626) 799-9795<br>E-MAIL ADDRESS (Optional):<br>Attorney for: plaintiff | | | | FOR COURT USE ONLY |
| | | | Ref No. or File No.:<br>J&J 9/13/14 LOS JARRITOS | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - SAN JOSE/NORTHERN DISTRICT | | | | |
| Plaintiff: J & J SPORTS PRODUCTIONS, INC.<br>Defendant: LUIS GONZALEZ RODRIGUEZ | | | | |
| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>5:15-CV-04021-EJD |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons;complaint;Civil Cover Sheet; Certification as to Interested Parties; Order Setting Initial case Management Conference and ADR Deadlines

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:          November 25, 2015
   b. Place of Mailing:         Los Angeles, CA 90026
   c. Addressed as follows:     LUIS GONZALEZ RODRIGUEZ, INDIVIDUALLY AND D/B/A LOS JARRITOS
                                1527 ALUM ROCK AVENUE
                                SAN JOSE, CA 95116

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 170.00

**REZAC MEYER ATTORNEY SERVICE**
**1610 BEVERLY BLVD, #1**
**LOS ANGELES, CA 90026**
**(213) 481-1770**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 25, 2015**.

Signature: _____

**LORENA TAMAYO**

**PROOF OF SERVICE BY MAIL**

Order#: LA177971   /mailproof