United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

LUIS GONZALEZ RODRIGUEZ,

Defendant.

Case No.  5:15-cv-04021-EJD

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the pending Motion for Default Judgment (Dkt. No. 16), the Case Management Conference scheduled for March 24, 2016, is VACATED.


**IT IS SO ORDERED.**

Dated:  March 21, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-04021-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE